**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**Dwight Crews and Peggy Crews,**

                **Plaintiffs,**

        v.                                    7:12-CV-1678
                                                (FJS/DEP)
                                                LEAD CASE

**IMO Industries, Inc.,** *Individually and as Successor in Interest to Delaval Steam Turbine, Inc.*;
**and Warren Pumps, LLC,**

                **Defendants.**

---

**Dwight Crews and Peggy Crews,**

                **Plaintiffs,**

        v.                                    7:12-CV-1683
                                                (FJS/DEP)
                                                MEMBER CASE

**IMO Industries, Inc.,** *Individually and as Successor in Interest to Delaval Steam Turbine, Inc.*; **and Warren Pumps, LLC,**

                **Defendants.**

---

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

      Counsel having advised the Court that the above entitled action has been settled, or is in the process of reaching a settlement, it is unnecessary for the action to remain active on the Court's calendar. Therefore, it is hereby

      **ORDERED** that the action is **DISMISSED WITHOUT PREJUDICE** and that the Court will retain jurisdiction to vacate this Order and reopen the action for good cause shown that the settlement was not consummated and that further litigation is necessary, upon a motion by any party **within sixty days from the date of this Order**; and it is further

**ORDERED** that, if no motion is filed, the dismissal will become **WITH PREJUDICE on the sixty-first day after the date of this Order**; and it is further

**ORDERED** that, upon reaching a final settlement, the parties shall file, with the Court, a stipulation of discontinuance and/or a settlement agreement; and it is further

**ORDERED** that the Clerk of the Court shall serve copies of this judgment upon all counsel via electronic means.

**IT IS SO ORDERED.**

Date: October 31, 2014
      Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge